## File Hashes for IP Address 69.243.52.170

**ISP:** Comcast Cable
**Physical Location:** Haymarket, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/15/2014 00:13:40 | C9255BEF6851F39C0879F3C65DC851CE9ADCA38F | Like The First Time |
| 12/15/2014 00:00:45 | 63FC12CDDF5DBE0304B7EBD6AC3B0435D01B358C | For Your Eyes Only |
| 12/15/2014 00:00:30 | BDEBC6312761D8E5223135F25155CE1730D74E5F | Tiffanys Tight Ass |
| 12/13/2014 04:27:58 | B6FD1B902E120956F7E9BF459C5C8C7A02F8DEB2 | Making Music |
| 12/13/2014 04:13:15 | 53F21F1D3471052DBF6F878F4E339C9FA725CA9D | Model Couple |
| 12/13/2014 04:11:53 | 1679632E5066C03128EAE0DADB529E96AC76974B | Make Me Feel Beautiful |
| 12/13/2014 04:08:19 | 549DD0D15D5335D60A0553E25AD2FCE571616F16 | Model Couple on Vacation |
| 12/13/2014 04:03:27 | D290D03ADF13ECA2AE0A1FA2416EABBB8F1A3AB8 | Bohemian Rhapsody |
| 10/14/2014 15:32:07 | A1BBD9548A03C53E0F5D32BF2479BF9178CCBD2E | Spanish Heat |
| 10/02/2014 06:03:09 | A632A578F7401E1A9A7AE25DC66DC266C23FBFEE | Blindfold Me Baby |
| 10/02/2014 06:02:18 | 191E26B39E4A5E505C2934FA7076389DE81BCEFB | Get Wild at Home |
| 10/02/2014 05:57:21 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |
| 10/02/2014 05:55:28 | EF663D206331C330BDBAD60DE59F75F1315A293D | Elevated Erotica |
| 10/02/2014 05:54:00 | 6F0C35345F672E9AF659B52026CF6099D2FB827E | Yours Forever |
| 09/30/2014 16:50:12 | EE5E39E42C8F574EBEDD1441C6FA79A2CF8E7716 | Nice And Slow |
| 09/30/2014 16:44:17 | 450BBA407118093442766E7051E157D6E91FC49A | Sexy and Wild |
| 09/30/2014 16:42:46 | 62319410204C19FF5D435B526F8007AC1126EA3D | Hot Bath For Two |
| 09/16/2014 15:34:40 | EE0A02E5BFA31D3FFB98C4C9C1387756937100B3 | California Dreams |

**Total Statutory Claims Against Defendant: 18**

EVA178

EXHIBIT A